In the Matter of the Application of JOHN T. SULLIVAN et al. against EDWARD CORSI, as Industrial Commissioner of the State of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 1037.]

JOSEPH PAPE v. MERVIN KLINGER et al. and PREFERRED MUTUAL FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 268 App. Div. 902.]

LEOPOLD MANNABERG v. SIEGFRIED KLAUSNER et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 682.]

HILDA B. WEBER v. R. SIMPSON & Co., INC.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ. [See ante, p. 662.]

NATIONAL BROKERAGE CORPORATION, On Behalf of Itself and All Others Similarly Situated, v. TRAVELERS INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 680.]

In the Matter of the Accounting of NEW YORK TRUST COMPANY, as Committee of WALTER LEWISOHN, an Incompetent Person, Now Deceased. SELMA FARR, Individually and as Executrix of WALTER LEWISOHN, Deceased, et al.; NEW YORK TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 1034.]

## (March 29, 1945.)

WILLIAM F. ALLMENDINGER, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [182 Misc. 142.] [See post, p. 773.]

QUEENSIDE HILLS REALTY CO., INC., Appellant, v. WILLIAM WILSON, as Commissioner of Housing and Buildings of the City of New York, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EDWARD F. HUTTON et al., Copartners Doing Business under the Name of E. F. HUTTON & COMPANY, Respondents, v. COHN-HALL-MARX COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents, with leave to the defendant to answer within ten days after service of order with notice of entry, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HATTIE GOODE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

COSMOPOLITAN HOUSE & WINDOW CLEANING CO., INC., Respondent, v. J. ARTHUR POSNER, Individually and Doing Business under the Name of INDEPENDENT PORTER SERVICE CO., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.